DOROTHY MAEDL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, and MARTIN BALDIS, Defendant.— Judgment and orders affirmed, with costs. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for reversal on the facts and for granting a new trial on the ground that the verdict as to appellant's negligence is against the weight of the evidence. (The judgment is for plaintiff in a railway negligence action. The orders deny motions for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARTHA FELERSKI, Appellant, v. JAMES B. KALETA and FRANCES R. KALETA, His Wife, Respondents.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment is for defendants in a mortgage foreclosure action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

LEONA G. KENNEDY, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the facts do not show actionable negligence. All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Estate of ADAM GRAHAM THOMPSON, Deceased.— Decree reversed on the law, without costs of this appeal to either party, and petition to revoke letters of administration to Florence Thompson granted on the authority of *Arcuri* v. *Arcuri* (265 N. Y. 358). All concur, except Dowling, J., who dissents and votes for affirmance on the ground that the Supreme Court acquired no jurisdiction in the dissolution proceeding to grant the decree of annulment. (The decree denies an application to revoke letters of administration.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.